1

2

3

FILED

APR 0 1 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10

11  | UNITED STATES OF AMERICA,                )     Mag. Case No.:  **08MJ8268**

12  |                                          )

    |                          Plaintiff,     )

13  |                                          )     **FINDINGS OF FACT AND ORDER**

    |        v.                                )     **REGARDING WAIVER OF**

14  |                                          )     **DETENTION PENDING TRIAL**

    | Francisco Javier GUZMAN-Lopez,           )

15  |                                          )

    |                          Defendant.      )

16  | _____ )

17

18          In accordance with the Bail Reform Act of 1984, 18 U.S.C. § 3142(f), a detention hearing

19  was scheduled for March 28, 2008, to determine whether Francisco Javier GUZMAN-Lopez should

20  be held in custody without bail pending trial and, if convicted, sentencing in the above-captioned

21  matter. Assistant United States Attorney Sabrina Feve appeared on behalf of the United States.

22  Matthew Hagen of Federal Defenders of San Diego, Inc. appeared on behalf of the Defendant.

23          On March 28, 2008, the Defendant knowingly and voluntarily waived his right, on the

24  record and through counsel, to the setting of bail and a detention hearing. Based on that waiver,

25  the Court orders that Defendant be detained pending trial and, if convicted, sentencing in these

26  matters, without prejudice or waiver of the Defendant's right to later apply for bail and conditions

27  of release, and without prejudice of a waiver of the right of the United States to seek detention in

28  the event of an application by Defendant for such relief.

1

2                                            ORDER

3            IT IS HEREBY ORDERED that the Defendant be detained pending trial and, if convicted,

4    sentencing in these matters.

5            IT IS FURTHER ORDERED that Defendant be committed to the custody of the Attorney

6    General or his designated representative for confinement in a corrections facility separate, to the

7    extent practical, from persons awaiting or serving sentence or being held in custody pending

8    appeal.  The Defendant shall be afforded a reasonable opportunity for private consultation with

9    counsel.

10           While in custody, upon order of a court of the United States or upon the request of an

11   attorney for the United States, the person in charge of the correctional facility shall deliver the

12   Defendant to the United States Marshal for the purpose of an appearance in connection with a

13   court proceeding or any other appearance stipulated to by defense and government counsel.

14           This order is made without prejudice to modification by this Court and without prejudice

15   to the Defendant's exercise of his right to bail and a detention hearing at a future date.

16           IT IS SO ORDERED.

17           DATED:    4-1-08                              .

18

19

20                                          _____
                                            PETER S. LEWIS
21                                          UNITED STATES MAGISTRATE JUDGE

22   Prepared by:

23   KAREN P. HEWITT
     United States Attorney

24

25   _____
     SABRINA FEVE
26   Assistant U. S. Attorney

27   cc:  Matthew Hagen
            Federal Defenders of San Diego, Inc.

28