UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) <br>                                                        ) <br>                    Plaintiff,            ) <br>                                                        ) <br> v.                                                  ) <br>                                                        ) <br> FRANCISCO JAVIER GUZMAN-LOPEZ,  ) <br>                                                        ) <br>                    Defendant.        ) <br> _____) | Case No. 08mj8268 |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

    United States Attorney's Office
    880 Front Street
    San Diego, CA  92101


Dated:  April 8, 2008                                                       /s/ John C. Ellis, Jr.
                                                                                              JOHN C. ELLIS, JR.
                                                                                              Federal Defenders
                                                                                              225 Broadway, Suite 900
                                                                                              San Diego, CA 92101-5030
                                                                                              (619) 234-8467  (tel)
                                                                                              (619) 687-2666  (fax)
                                                                                              john_ellis@fd.org