FILED
APR 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR1328-JAH |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine (Felony) |
| FRANCISCO JAVIER GUZMAN-LOPEZ, | |
| Defendant. | |

The United States Attorney charges:

On or about March 27, 2008, within the Southern District of California, defendant FRANCISCO JAVIER GUZMAN-LOPEZ, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 16.48 kilograms (36.25 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: __April 24, 2008__.

KAREN P. HEWITT
United States Attorney

*/s/ John T. Webster*

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:Imperial
4/23/08