AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**

APR 2 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

V.

**WAIVER OF INDICTMENT**

Francisco J. Guzman-Lopez

CASE NUMBER: 08CR 1328-JAH

I, *Francisco J. Guzman-Lopez*, the above named defendant, who is accused of Title 21, U.S.C., Sec. 952, 960 - Importation of a Controlled Substance.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open

court on _4/24/08_ prosecution by indictment and consent that the proceeding
    Date
may be by information rather than by indictment.

X _Fco. Javier Guzman Lopez_
**Defendant**

_____
**Counsel for Defendant**

Before _____
    **JUDICIAL OFFICER**